# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

J.C. WHITNEY & CO., a Delaware )
corporation, d/b/a CarParts.com, )
           )   Case No.
       *Plaintiff,* )
           )   Judge
      v. )
           )   Magistrate Judge
U.S. AUTO PARTS NETWORK, INC., a )
Delaware corporation, )
           )   **JURY TRIAL DEMANDED**
       *Defendant.* )

```
FILED: JUNE 20, 2008
08 CV 3565
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE NOLAN

JH
```

**NOW COMES** Plaintiff, J.C. Whitney & Co., a Delaware corporation, d/b/a CarParts.com ("J.C. Whitney"), by and through its attorney, Mark E. Wiemelt, of the Law Offices of Mark E. Wiemelt, P.C., and for its Complaint for Trademark Infringement, False Advertising and Unfair Competition against Defendant, U.S. Auto Parts Network, Inc. ("Defendant") states as follows:

### *PARTIES*

1. Plaintiff, J.C. Whitney, d/b/a CarParts.com, is a Delaware corporation, with its principal place of business located at 111 E. Wacker Drive, Suite 3000, Chicago, Illinois 60611. J.C. Whitney is engaged in the business of: providing on-line retailing and wholesale distributorship services, retail store services, catalog mail order services and telephone order services, all in the field of automotive parts, supplies, tools and accessories, as well as providing information, via a website on a global computer network, on automotive parts, supplies, tools and accessories for sale.

2. Upon information and belief, Defendant, U.S. Auto Parts Network, Inc., is a Delaware corporation engaged in a business similar to and competing with J.C. Whitney, with its principal place of business located at 17150 South Margay Avenue, Carson, CA 90746.

1

3. Upon information and belief, Car Parts Wholesale is a wholly-owned subsidiary of Defendant, with its principal place of business located at 68902 National Road, Quaker City, OH 43773.

### JURISDICTION

4. This Court has jurisdiction over the parties and this controversy as this is a civil action under the United States Trademark Act (15 U.S.C. § 1051 et seq.), jurisdiction being conferred in accordance with 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338(a) and (b). Jurisdiction for the Illinois state claims is conferred in accordance with the principles of supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) in that state law claims form part of the same controversy as the claims arising under the trademark laws of the United States.

5. Venue is proper pursuant to 28 U.S.C. §1391.

6. Upon information and belief, Defendant is and has been conducting continuous and systematic business and has committed torts within the State of Illinois and within the Northern District of Illinois, at least some of the events giving rise to the claims alleged herein occurred in the State of Illinois and within the Northern District of Illinois, and Defendant's actions are intentional and knowingly directed to J.C. Whitney, which Defendant knows to be located in Illinois.

### FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

7. J.C. Whitney, by and through its predecessor-in-interest, Carparts.com, Inc., began adopting and using the following tradenames, service marks, logos, titles and slogans: CARPARTS.COM, CARPARTS, the CARPARTS.COM logo, and the CARPARTS logo ("the Marks"), at least as early as April of 1999, in connection with its high quality services throughout the United States and worldwide. Sample uses of the Marks by J.C. Whitney are attached hereto as Group Exhibit A and made a part hereof.

8.  J.C. Whitney's CARPARTS.COM logo and CARPARTS logos are depicted below:

   

9.  J.C. Whitney's services have been widely advertised, extensively offered and sold under the Marks throughout the United States and worldwide and the Marks have become, through widespread use and favorable public acceptance and recognition, famous Marks and assets of substantial value as symbols of J.C. Whitney, its quality services and its goodwill.

10.  The Marks are inherently distinctive and/or they have acquired secondary meaning, associating them exclusively with J.C. Whitney.

11.  In recognition of the inherent distinctiveness and exclusive rights of use, on October 23, 2001, the United States Patent and Trademark Office granted Carparts.com, Inc. Registration No. 2,499,880 for the CARPARTS.COM logo in connection with "online store services provided via a global computer network featuring automotive parts and accessories."  A copy of the Certificate of Registration is attached hereto as Exhibit B and made a part hereof.

12.  Registration No. 2,499,880 and common law rights to use the Marks were assigned to J.C. Whitney by Carparts.com, Inc. on November 25, 2002.  A copy of the Trademark Assignment Abstract of Title is attached hereto as Exhibit C and made a part hereof.

13. Trademark Registration No. 2,499,880 remains in full force and effect and has become incontestable, and the certificate of registration thereof constitutes "conclusive evidence" of "the validity of the registered mark, of the registrant's ownership of the marks and of the registrant's exclusive right to use the marks in connection with the

goods or services specified in the registration" 15 U.S.C. § 1115.

14. As a result of J.C. Whitney's, and its predecessor-in-interest, Carparts.com, Inc.'s, investment of efforts, money, skill and other resources, the Marks are widely recognized as indicating J.C. Whitney's services, and have become well-recognized and famous in the United States and worldwide.

15.  J. C. Whitney owns the domain name carparts.com and jcwhitney.com, which are used in connection with operating websites located at www.carparts.com and www.jcwhitney.com, and which display the Marks throughout the United States and worldwide.

## DEFENDANT'S INFRINGING ACTS

16.  Without authorization from J.C. Whitney, Defendant has improperly positioned its www.autopartswarehouse.com  website as a Sponsored Link, or the like, in various search engines, such as Google, by purchasing search terms which incorporate the CARPARTS.COM Mark, to generate interest in Defendant's www.autopartswarehouse.com website which competes with J.C. Whitney's business, including its operating websites located at www.carparts.com and www.jcwhitney.com. A copy of a print-out of results of Google searches illustrating Defendant's advertisements is attached hereto as Group Exhibit D and made a part hereof.

17.  J.C. Whitney's CARPARTS.COM Mark appears in the text of Defendant's ads itself.

18. The practice of purchasing search terms which incorporate J.C. Whitney's CARPARTS.COM Mark for the improper purpose of manipulating a search engine's results list will likely cause confusion or mistake on the part of consumers and the public at large as to the source of Defendant's services and J.C. Whitney's services, or sponsorship or approval by J.C. Whitney of Defendant's services, or affiliation between J.C. Whitney and Defendant.

19.  Such confusion could lead to substantial damage to J.C. Whitney in terms not only of loss of sales, but, perhaps worse, injury to its reputation in the event that Defendant's services are not commensurate with those of J.C. Whitney.

20.  Upon information and belief, without authorization from J.C. Whitney, Defendant has also been using one or more of the logo Marks to generate interest in its www.carpartswholesale.com website and its eBay store which competes with J.C. Whitney's business including its operating websites located at www.carparts.com and www.jcwhitney.com.  A copy of a print-outs from Defendant's eBay store illustrating Defendant's use of the logo Marks is attached hereto as Group Exhibit E and made a part hereof.

21.  Copies of images captured on Defendant's eBay store illustrating Defendant's use of the logo Marks on eBay are also depicted below:

 

22.  By this conduct, including its advertising activities and unauthorized uses of the Marks, Defendant misappropriated J.C. Whitney's advertising ideas and style of doing business and infringed J.C. Whitney's tradenames, service marks, logos, titles and slogans.

23.  The injuries and damages that J.C. Whitney sustained were directly and proximately caused by Defendant's wrongful misappropriation of J.C. Whitney's advertising ideas and style of doing business and infringement of J.C. Whitney's tradenames, service marks, logos, titles and slogans.

24.  Despite repeated notice and demands by J.C. Whitney and its counsel beginning in January of 2008, Defendant continued and continues to improperly use and display one or more of the Marks.

## COUNT I

### (Federal Trademark Infringement (15 U.S.C. § 1114)

25. J.C. Whitney repeats and realleges the allegations of paragraphs 1 through 24, inclusive above, as paragraph 25.

26. Defendant's uses of logos are confusingly similar to the registered CARPARTS.COM logo.

27. Defendant's aforesaid acts are likely to cause confusion, mistake or deception as to the source of the parties' services. Specifically, Defendant's use of one or more logos confusingly similar to J.C. Whitney's registered Mark is causing and will continue to cause the consuming public to mistakenly believe that Defendant's services are legitimately connected with, sponsored by or approved by J.C. Whitney's.

28. Defendant's aforesaid acts constitute trademark infringement in violation of Section 32 of the Lanham Act, 15 U.S.C. §1114, and the common law of Illinois.

29. Defendant has willfully and deliberately infringed and sought to appropriate to itself the good will associated with the registered Mark by advertising and transacting business in competition with J.C. Whitney's services.

30. Defendant's acts and actions are likely to cause confusion, mistake and deception as to the source, origin or sponsorship of Defendant's services.

31. Defendant's aforesaid acts are greatly and irreparably damaging to J.C. Whitney and will continue to damage J.C. Whitney until enjoined by this Court, wherefore J.C. Whitney is without adequate remedy at law.

32. J.C. Whitney requests a trial by jury.

**WHEREFORE**, Plaintiff, J.C. Whitney, prays that the Court enter judgment in its favor and against Defendant as follows:

A. Temporarily restraining and preliminarily and permanently enjoining and prohibiting

Defendant from operating under or using, in any facet, a logo confusingly similar to the registered Mark;

B. Awarding J.C. Whitney all profits derived from and all damages suffered by J.C. Whitney by reason of Defendant's wrongful acts, or in the alternative, such statutory damages as may be allowed under the Federal Trademark Act;

C. Awarding J.C. Whitney an increase in the award of damages up to three times the amount found for deliberate and willful trademark infringement and unfair competition by the Defendant pursuant to 15 U.S.C. § 1117(a);

D. Awarding J.C. Whitney its costs and reasonable attorneys' fees incurred as a result of the Defendant's actions; and

E. Granting such further relief as this Court deems just and proper.

## COUNT II

### (False Advertising and Unfair Competition in Violation of the Federal Trademark Act of 1946, 15 U.S.C. 1051, et seq.)

33. J.C. Whitney repeats and realleges the allegations of paragraphs 1 through 32, inclusive above, as paragraph 33.

34. At all times herein there was in full force and effect in the federal statute known as the Federal Trademark Act of 1946, 15 U.S.C. 1051, et seq. (the "Lanham Act"), which provides, in pertinent part:

*§1125. False designations of origin, false descriptions, and dilution forbidden*

*(a) Civil action*

*(1) Any person who, on or in connection with any goods or services, or any container for goods, uses in commerce any word, term, name symbol, or device, or any combination thereof, or any false designation of origin, false or misleading description of fact, or false or misleading representation of fact, which (A) is likely to cause confusion, or to cause*

*mistake, or to deceive as to the affiliation, connection, or association of such person with another person, or as to the origin, sponsorship, or approval of his or her goods, services, or commercial activities by another person, or (B) in commercial advertising or promotion, misrepresents the nature, characteristics, qualities, or geographic origin of his or her or another person's goods, services, or commercial activities, shall be liable in a civil action by any person who believes that he or she is or is likely to be damaged by such act.*

15 U.S.C. 1125(a)(1).

35. Defendant has violated the Lanham Act in one or more of the following:

a. falsely advertised by using marks confusingly similar to J.C. Whitney's Marks so as to cause confusion as to the source of the services being provided;

b. falsely advertised by using marks confusingly similar to J.C. Whitney's Marks so as to cause confusion, misunderstanding or to deceive the public as to the source or sponsorship of Defendant's services;

c. passed off Defendant's services as those of J.C. Whitney;

d. falsely inferred that the designations of the services advertised were those of J.C. Whitney or that J.C. Whitney was affiliated with Defendant;

e. falsely inferred that the designation of the services advertised were approved, sponsored or affiliated with J.C. Whitney's operation;

f. caused likelihood of confusion or of misunderstanding as to source, sponsorship, or approval of Defendant's service;

g. caused likelihood of confusion or of misunderstanding as to Defendant's affiliation, connection or association with J.C. Whitney; and

h. used, adopted, and displayed colors, designs, shapes, patterns, presentation and overall appearance confusingly similar to J.C. Whitney's logos.

36. Defendant's acts did deceive or had the tendency to deceive consumers seeking J.C. Whitney and J.C. Whitney's services.

37. Defendant's deception was material in that it was likely to influence, and did influence those seeking J.C. Whitney 's services to use Defendant's services under the guise or belief that the services were those of J.C. Whitney or affiliated with J.C. Whitney.

38. Defendant's acts and actions did cause false statements to enter interstate commerce.

39. J.C. Whitney has been harmed and injured as a result of the acts and actions of the Defendant.

40. The actions of the Defendant in violating the Lanham Act were willful and wanton warranting the award of exemplary damages and attorneys' fees.

41. J.C. Whitney requests a trial by jury.

**WHEREFORE**, Plaintiff, J.C. Whitney, prays that the Court enter judgment in its favor and against Defendant as follows:

A. Temporarily restraining and preliminarily and permanently enjoining and prohibiting Defendant from operating under or using, in any facet, the Marks, or any similar tradenames, service marks, logos, titles or slogans;

B. Temporarily restraining and preliminarily and permanently enjoining and prohibiting Defendant from using, adopting, and displaying J.C. Whitney's colors, designs, shapes, patterns, and lettering similar to the logos of J.C. Whitney;

C. Awarding J.C. Whitney all profits derived from and all damages suffered by J.C. Whitney by reason of Defendant's wrongful acts, or in the alternative, such statutory damages as may be allowed under the Federal Trademark Act;

D. Awarding J.C. Whitney an increase in the award of damages up to three times the amount found for deliberate and willful trademark infringement and unfair competition by the Defendant pursuant to 15 U.S.C. § 1117(a);

E. Awarding J.C. Whitney its costs and reasonable attorneys' fees incurred as a result of the Defendant's actions; and

F. Awarding J.C. Whitney exemplary damages to punish Defendant and deter future conduct; and

G. Granting such further relief as this Court deems just and proper.

## COUNT III

**(Violation of Uniform Deceptive Trade Practices Act, 815 ILCS 510/1, et seq.)**

42. J.C. Whitney repeats and realleges the allegations of paragraphs 1 through 41, inclusive above, as paragraph 42.

43. At all times herein there was in full force and effect a statute in the State of Illinois known as the Uniform Deceptive Trade Practices Act, 815 ILCS 510/1, et seq. (the "Deceptive Trade Practices Act"), which provides, in pertinent part:

*§2. Deceptive trade practices*

*(a) A person engages in a deceptive trade practice when, in the course of his business, vocation or occupation, the person:*

*(1) passes off goods or services as those of another;*

*(2) causes a likelihood of confusion or of misunderstanding as to the source, sponsorship, approval or certification of goods or services;*

*(3) causes a likelihood of confusion or of misunderstanding as to affiliation, connection or association with or certification by another...*

*(b) In order to prevail in an action under this Act, a plaintiff need not prove competition between the parties or actual confusion or misunderstanding...*

*§3. A person likely to be damaged by a deceptive trade practice of another may be granted injunctive relief upon terms that the court considers reasonable. Proof of monetary damage, loss of profits or intent to deceive is not required. . . Costs or attorneys' fees or both may be assessed against a defendant only if the court finds that he has willfully engaged in a deceptive trade practice...*

815 ILCS 510/2, 3.

44. Defendant has violated the Deceptive Trade Practices Act in one or more of the following:

a. using and operating under marks confusingly similar to the Marks.

b. using, adopting and displaying colors, designs, shapes, patterns, presentation and overall appearance confusingly similar to the Marks.

45. In so doing, Defendant has: (1) passed off Defendant's service as J.C. Whitney 's; (2) caused likelihood of confusion or of misunderstanding as to source, sponsorship, approval or certification of Defendant's service; and (3) caused likelihood of confusion or of misunderstanding as to Defendant's affiliation, connection or association with or certification by J.C. Whitney.

46. J.C. Whitney has been and will continue to be irreparably harmed by Defendant's continued and ongoing violations of the Deceptive Trade Practices Act, in that the Defendant is misappropriating and continue to misappropriate the Marks and the good will associated with the Marks.

47. J.C. Whitney has no adequate legal remedy for the loss of business, confusion and misunderstanding on the part of its customers, and harm to its reputation, that will continue to result from Defendant's continuing and ongoing violations of the Deceptive Trade Practices Act.

48. The actions of the Defendant are in violation of the Deceptive Business Practices Act and were willful and wanton. Accordingly, under Section 3 of the Deceptive Business Practices Act, American Taxi is entitled to recover its costs and reasonable attorneys' fees.

49. J.C. Whitney requests a trial by jury.

**WHEREFORE**, Plaintiff, J.C. Whitney, prays that the Court enter judgment in its favor and against Defendant as follows:

A. Temporarily restraining and preliminarily and permanently enjoining and prohibiting Defendant from operating under or using, in any facet, the Marks, or any similar tradenames, service marks, logos, titles or slogans;

B. Temporarily restraining and preliminarily and permanently enjoining and prohibiting Defendant from using, adopting, and displaying J.C. Whitney's colors, designs, shapes, patterns, and lettering similar to the logos of J.C. Whitney;

C. Awarding J.C. Whitney all profits derived from and all damages suffered by J.C. Whitney by reason of Defendant's wrongful acts;

D. Awarding J.C. Whitney its costs and reasonable attorneys' fees incurred as a result of the Defendant's violations of Illinois law;

E. Awarding J.C. Whitney exemplary damages to punish Defendant and deter future conduct; and

F. Granting such further relief as this Court deems just and proper.

## COUNT IV

### (Violation of Consumer Fraud and Deceptive Business Practices Act)

50. J.C. Whitney repeats and realleges the allegations of paragraphs 1 through 49, inclusive above, as paragraph 50.

51. At all times herein there was in full force and effect in the State of Illinois a statute known as the Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1, et seq. (the "Consumer Fraud Act"), which provides, in pertinent part:

*§ 2. Unfair methods of competition and unfair or deceptive acts or practices, including but not limited to . . . the use or employment of any practice described in Section 2 of the "Uniform Deceptive Trade Practices Act", approved August 5, 1965, in the conduct of any trade or commerce are hereby declared unlawful whether any person has in fact been misled, deceived or damaged thereby ...* 815 ILCS 505/2.

52. The actions of the Defendant, by way of their violation of the Deceptive Trade Practices Act constitute continuing and ongoing violations of the Consumer Fraud Act.

53. Sections 10a(a) and (c) of the Consumer Fraud Act provide that any party injured by virtue of any violation of the Consumer Fraud Act may maintain an action for damages and/or injunctive relief.

54. J.C. Whitney has been and will continue to be irreparably harmed by the Defendant's continued and ongoing violations of the Consumer Fraud Act, in that the Defendant is misappropriating and continues to misappropriate the Marks and the good will associated with the Marks.

55. J.C. Whitney has no adequate legal remedy for the loss of business, confusion and misunderstanding on the part of its customers, and harm to its reputation, that will continue to result from the Defendant's continuing and ongoing violations of the Consumer Fraud Act.

56. Defendant's violations of the Consumer Fraud Act were willful and wanton, warranting the imposition of exemplary damages.

57. Under Section 10a(c) of the Consumer Fraud Act, J.C. Whitney is entitled to recover its costs and reasonable attorneys' fees.

58. J.C. Whitney requests a trial by jury.

**WHEREFORE**, Plaintiff, J.C. Whitney, prays that the Court enter judgment in its favor and against Defendant as follows:

A. Temporarily restraining and preliminarily and permanently enjoining and prohibiting Defendant from operating under or using, in any facet, the Marks, or any similar

tradenames, service marks, logos, titles or slogans;

B. Temporarily restraining and preliminarily and permanently enjoining and prohibiting Defendant from using, adopting, and displaying J.C. Whitney's colors, designs, shapes, patterns, and lettering similar to the logos of J.C. Whitney;

C. Awarding J.C. Whitney all profits derived from and all damages suffered by J.C. Whitney by reason of Defendant's wrongful acts;

D. Awarding J.C. Whitney its costs and reasonable attorneys' fees incurred as a result of the Defendant's violations of Illinois law;

E. Awarding J.C. Whitney exemplary damages to punish Defendant and deter future conduct; and

F. Granting such further relief as this Court deems just and proper.

## COUNT V

### (Common Law Unfair Competition)

59. J.C. Whitney repeats and realleges the allegations of paragraphs 1 through 49, inclusive above, as paragraph 59.

60. Defendant is unfairly competing by using, displaying and operating under one or more marks identical to the Marks.

61. J.C. Whitney has been and will continue to be irreparably harmed by the Defendant's continued use of the Marks, or any similar marks, in that the Defendant is misappropriating and continues to misappropriate the Marks and the good will associated with the Marks.

62. J.C. Whitney has no adequate legal remedy for the dilution, loss of business, confusion and misunderstanding on the part of its customers, and harm to its reputation, that will continue to result from the Defendant's continued use the Marks or similar marks.

63. The actions of the Defendant as described above constitute actionable unfair competition under the common law of the State of Illinois.

64. J.C. Whitney requests a trial by jury.

WHEREFORE, Plaintiff, J.C. Whitney, prays that the Court enter judgment in its favor and against Defendant as follows:

A. Temporarily restraining and preliminarily and permanently enjoining and prohibiting Defendant from operating under or using, in any facet, the Marks, or any similar tradenames, service marks, logos, titles or slogans;

B. Temporarily restraining and preliminarily and permanently enjoining and prohibiting Defendant from using, adopting, and displaying J.C. Whitney's colors, designs, shapes, patterns, and lettering similar to the logos of J.C. Whitney;

C. Awarding J.C. Whitney all profits derived from and all damages suffered by J.C. Whitney by reason of Defendant's wrongful acts;

D. Awarding J.C. Whitney its costs and reasonable attorneys' fees incurred as a result of the Defendant's violations of Illinois law;

E. Awarding J.C. Whitney exemplary damages to punish Defendant and deter future conduct; and

F. Granting such further relief as this Court deems just and proper.

Dated: June 20, 2008                Respectfully submitted,

                                    J.C. WHITNEY & CO.

                                    By:s/Mark E. Wiemelt
                                    One of their attorneys

                                    Mark E. Wiemelt – IL. Atty.#: 06208213
                                    Law Offices of Mark E. Wiemelt, P.C.
                                    10 South LaSalle Street
                                    Suite 3300
                                    Chicago, IL 60603
                                    Ph:     312-372-7664
                                    Fx:     312-372-6568
                                    Email:  mark@wiemeltlaw.com

```
08 CV 3565
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE NOLAN

JH
```

**EXHIBIT A**

**INTRODUCING**



**Everything for Cars, Trucks, Vans & SUVs**

The website
that's revolutionizing
the way the world buys
parts, accessories, and
high-performance products!

76015160



# CarParts.com – the
## with more than 1.5 n

It used to be that if you wanted to do a little work on your car or truck, you had to drive to the nearest parts store. Wait in line for an hour or so until the kid behind the counter took care of the five people in front of you. And then cross your fingers that the part he gave you would actually fit your vehicle.

Not anymore! Because now there's CarParts.com – the website that puts over 1.5 million different types of parts for more than 66,000 different models of cars, trucks, SUVs, and vans within arm's reach of anyone with a computer.

## 50 times more parts than the store down the street.

CarParts.com is the world's largest supplier of replacement parts, accessories, and high-performance products... with 50 times more parts than the typical

parts store – plus a broad selection of recycled parts that's just been added.

And the site couldn't be more user-friendly. Thanks to a proprietary integrated database, all visitors need do is enter the year, make, and model of their vehicle and the type of part

they're looking for. A powerful search engine instantly displays all the available choices, showing *only* parts that fit their vehicle.

What's more, there are also weekly specials. Features that let visitors browse the site for discounted items, specialty products, and new offerings. And an Auto ID button that automatically remembers customers' vehicles, so they don't have to re-enter them every time they visit.

## Easy online ordering – and a host of user-friendly features.

CarParts.com's online ordering is equally easy — and risk-free.

With the click of a mouse, customers can have their parts delivered right to their door via UPS. Credit card information is protected with state-of-the-art encryption technology. And CarParts.com



       



# Internet superstore
## million parts!

It's CEO, Alan Bennett, is an entrepreneur specializing in Internet marketing who previously established the highly successful Catalog Site – the web's largest consumer catalog company, which features items from Land's End, JC Penney, J. Crew, Orvis, and other leading direct retailers.

In launching CarParts.com, he has assembled a team of industry leaders – including high-tech and automotive specialists who earned their credentials at organizations like Chevrolet, Edelbrock, Intuit, Auto Parts Club, Chief Auto Parts, Allied Signal, Automotive Aftermarket, Mattel, McKinsey, Listinglink.com, the Los Angeles Times, Citysearch.com, and more.

CarParts.com is a privately held corporation backed by a variety

of major e-commerce venture capital companies, including:

➤ @Ventures – the venture capital arm of CMGI – which has invested in 30 other Internet leaders like Lycos and GeoCities and numbers Microsoft and Intel among its stockholders.

➤ Brand Equity Ventures, which invests broadly in retailing, direct response, and e-commerce.

➤ St. Paul Ventures, a subsidiary of the multi-billion-dollar St. Paul Companies, one of America's largest venture capital companies.

➤ And Ravenswood Capital Corp., a capital investment firm specializing in Internet and e-commerce companies.

In addition, CarParts.com has put together an Advisory Council of automotive and high-tech experts – drawn from both within and outside of the company – to provide news of key industry developments, unbiased feedback, and strategic planning assistance.

Trucks, Sport Trucks, SUVs, and Vans. These pages are terrific tools that help customers find the newest, most exciting products for their vehicles.

guarantees every part will fit right the first time – and will arrange for a full refund or free pick-up and replacement if there's ever a problem.

In addition, this Internet superstore offers many other advantages over traditional parts stores, including…

**Convenient Round-the-Clock Shopping.**
CarParts.com is open for business 24 hours a day, 7 days a week. So car enthusiasts can shop at 2 am if they're of a mind to – and avoid the inconvenience of driving to a parts store, only to find the item they're after is out of stock.

**Over 600 Leading Brands.**
CarParts.com offers virtually every part for every vehicle made since the mid-60s – and thousands of parts for older vehicles too. Manufacturers include over 600 respected names like Accel, AC Delco, Beck Armley, Borg Warner, Borla, Edelbrock, Motorcraft, Lund, and TRW.

**24-Hour Live Customer Service.**
CarParts.com offers live help round the clock, 365 days a year – online or by phone – for questions on products and orders. And service representatives can

even "push" relevant web pages to the customers' computer screens to provide the answers they need.

**Certified Parts Specialists.**
Visitors can also chat online with an experienced mechanic – certified by ASE in parts and mechanical repair – when they have questions on specific parts and installation. This service is available weekdays from 8 am to 6 pm and weekends from 8 am to 2 pm Pacific Time.

**Enthusiast Pages.**
For visitors with special interests, CarParts.com offers Enthusiast Pages on Asian Imports, European Imports, Domestic Street Performance, Off-Road, Street

**Free E-News and Electronic Newsletter.**
Customers can also register to receive special coupons and discounts via e-mail. And new product news, technical tips, and previews of new website features are available via a free electronic newsletter.

## The industry leader…with no close second!

Headquartered in Santa Monica — at the heart of California's emerging technology corridor — CarParts.com was founded in 1997.

**Contact us today for more information.**

**CarParts.com is big news for drivers everywhere!**
CarParts.com is the biggest change in the automotive industry since Henry Ford stopped painting all his cars black! It's a totally new way of shopping for parts – and one that millions of drivers will be eager to know about.

If you're a journalist, call us today, and we'll be happy to provide additional details and assistance in preparing your story.

**CarParts.com is a golden opportunity for manufacturers!** CarParts.com leverages the power of the Internet to tap an $80-billion-dollar market and expand business opportunities exponentially. And a national public relations and advertising campaign – including TV, radio, magazine, newspaper, and direct mail – is currently underway to draw even more car and truck enthusiasts to the site.

If you're a manufacturer, you can reach markets that were previously inaccessible. Use CarParts.com to test-market new products. And take advantage of a variety of attractive partnering opportunities. To discuss all the exciting possibilities, call us today.

            

# Here's what makes **CarParts.com** the **total** parts solution:™

**Replacement parts** for virtually every vehicle made since the mid-60s — plus thousands of parts for older vehicles too — including...

- Air conditioning and heating components
- Brakes and wheel components
- Bulbs and fuses
- Clutch, transmission, and drive axle parts
- Electrical system components
- Engine components

- Engine cooling products, belts, and hoses
- Exhaust system components
- Filters and ignition and tune-up products
- Fuel and emission controls
- Gas caps and replacement accessories
- Suspension and steering products
- Wipers, blades, and washer pumps

**Accessories** for cars, trucks, SUVs, and vans, including...

- Alarms, security products, and horns
- Apparel and personal accessories
- Appearance and car-care products
- Bed protection and liners
- Body and ground effects kits
- Books, manuals, and software

- Covers and tops
- Exterior accessories
- Lighting products
- Seats, seat covers, and accessories
- Towing products, chains, and winches
- Truck accessories

**High-performance products** to power up customers' vehicles, including...

- Air and fuel-intake systems
- Body accessories
- Brake upgrades
- Chassis and suspension products
- Drivetrain components

- Engine components, internal
- Exhaust system components
- Ignition products
- Interior parts
- Lighting products

**NEW!**

**Recycled parts** that save customers even more time and money. CarParts.com now offers a broad selection of these top-notch used OEM parts — all *triple inspected* to ensure quality and fit — including...

- Brake and wheel components
- Bumpers and exterior body parts
- Clutch and transmission products
- Dashboards and gauges
- Drivelines and axles
- Electric motors, switches, and harnesses
- Engine and ignition parts
- Engine cooling products, fans, water pumps, and radiators

- Exhaust parts
- Fuel and emission controls
- Heating and air conditioning components
- Interior parts and accessories
- Lamps, bulbs, covers, and lenses
- Steering suspension and frame products
- Windows, glass, and regulators

## *If you can't find it here, you probably can't find it anywhere!*

## Read what car enthusiasts are saying about CarParts.com:

*"I used your site to order brake parts for my SAAB. It was easy. You had the right parts. (It isn't easy to get the right SAAB parts.) And your prices were excellent. I really liked that the parts showed up at my doorstep within three days and all fit. You made my life simple and saved me some serious money. I will be back to order more!"*

Anthony Fleming, Incline Village, Nevada

*"I am currently looking for performance parts for my Toyota Corolla, and CarParts.com really helped. You have a great site here!"*

Jason Fugett, Richmond, Virginia

*"Great prices. It's like having an auto parts store in my home."*

William Walkup, Lake City, Florida

*"Easy, intuitive navigation. If only some other shopping sites were set up this well."*

Robert E. Battles, Trussville, Alabama

*"This is the greatest thing since Pep Boys opened its doors! I can't wait to order all my replacement parts on one site. It eliminates the need to drive from auto shop to auto shop to find everything ... k and get the best prices."*

Peter Wiesauer, Long Beach, California

03-28-2000

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #30

Visit our website today.



**3000 Ocean Park Blvd., Suite 3010, Santa Monica, CA 90405**
**Phone: 310-664-1010 • Fax: 310-819-1805**

1099-2500-1



INTRODUCING

# CarParts.com

**Everything for Cars, Trucks, Vans & SUVs**

The website
that's revolutionizing
the way the world buys
parts, accessories, and
high-performance products!

76015160





ADVERTISEMENT

## SHOP BY VEHICLE

select make

Model

Year

**OR**

My Saved Vehicles

## SHOP BY CATEGORY

### EXTERIOR

- Body Repair Parts
- Bumpers & Bumper Guards
- Gas Caps & Accessories
- Grilles & Grille Guards
- Running Boards
- Weatherstripping

### INTERIOR

- Lift Supports
- Windows & Door, Locks & Accessories

### UNDER CAR & HOOD

- Air Intake and Fuel Systems
- Brakes
- Engine Cooling Systems
- Engine Parts
- Exhaust & Emissions
- Filters
- Heating & Air Conditioning
- Horns
- Suspension & Chassis
- Transmission & Drivetrain
- Wipers

### TOOLS & GARAGE

- Air, Power Tools & Accessories
- Hand Tools & Tool Sets
- Hardware & Connectors
- Jacks, Hoists, Lifting & Stands
- Manuals, Videos & Software
- My Garage
- Shop Equipment
- Specialty Automotive Tools
- Test & Diagnostic
- Winches & Accessories

### ELECTRICAL SYSTEMS

- Batteries, Chargers & Cables
- Electrical Systems
- Lights & Lighting

### SPECIALTY

- Gift Certificates
- New & Hot - Hard Parts
- Safety & Emergency

**New! JC Whitney Preferred Account**
## No Payments for up to 12 Months!
Subject to credit approval. Details

## BEST SELLERS

**450 AMP Instant Starting System w/ Compressor**

★★★★★
All items will ship within 24 hours
Retail: $5.16 - $0.27
Our Price: $2.49 - $4.49
Info / Buy

Start-It 450-Amp Jumper Starter / Compressor / Power Supply -  MORE

★★★★☆
Will ship in 7 to 10 days
Retail: $162.74
Our Price: $99.99
You Save: $62.75
Add To Cart

**CUSTOMIZING EXHAUST PIPE FLANGE**

**12-volt Impact Wrench Kit**

★★★★★
Will ship within 24 hours
Retail: $64.99
SALE Price: $29.99
You Save: $35.00
Add To Cart

## FEATURED PRODUCTS

**WINDOW WEATHERSTRIPS FOR ALL VEHICLES**

All items will ship within 24 hours
Retail: $50.51 - $62.96
Our Price: $29.99 - $36.99
You Save: $20.52 - $25.97

Info / Buy

**LEAF SPRING HELPERS**

All items will ship within 24 hours
★★★★☆
Retail: $50.99 - $83.21
Our Price: $29.99 - $49.99
You Save: $21.00 - $33.22

Info / Buy

**BATTERY CABLES FOR CARS, TRUCKS & RVS**

Most items will ship within 24 hours
★★★★☆
Retail: $66.99 - $361.72
Our Price: $43.99 - $232.99
You Save: $23.00 - $128.73

Info / Buy

## NEW PRODUCTS

**12 TON AIR HYDRAULIC JACK**

Will ship within 24 hours
Retail: $105.08
Our Price: $62.99
You Save: $42.09
Add To Cart

**SPARK PLUG WIRE SETS**

Retail: $79.27 - $79.56
Our Price: $46.99
You Save: $32.28 - $32.57

Info / Buy

**Heavy-duty Hydraulic Bottle Jacks**

All items will ship within 24 hours
Retail: $16.55 - $105.59
Our Price: $8.99 - $62.99
You Save: $7.56 - $42.60

ADVERTISEMENT



Auto Insurance
compare competing quotes, quickly

Paying Too Much
For Auto Insurance in
Chicago
IL?

▶ ZIP code where you park at night    60601

▶ Do you currently have auto insurance?
☐ Yes  ☐ No

▶ Have you had your US driver's license for more than 3 years?
☐ Yes  ☐ No

▶ Has any driver in your household had 2 or more accidents or moving violations in the last 3 years?

ADVERTISEMENT          ADVERTISEMENT          ADVERTISEMENT



## TOP BRANDS  SHOP ALL BRANDS - click here



## TOP MAKES  SHOP ALL MAKES - click here



ADVERTISEMENT



We Make It Easy to Buy

*You choose* how you want to pay!  |  Preferred Account  |  VISA DISCOVER MasterCard  |  BillMe Later

## HELPFUL LINKS

About JC Whitney
Affiliate Program
Installpro Services
Privacy Policy
Press Releases

Placing An Order
Order Status & Tracking
Returns & Exchanges
Create An Account
Email Offers

Forgot Your Password?
Help / F.A.Q.
Customer Service
Finding Products
Retail Store

Payment & Shipping
Gift Certificates
Shop Map
Site Map



JC Whitney®
EVERYTHING AUTOMOTIVE

1- 800-603-4383 | CUSTOMER SUPPORT | FREE CATALOG | FREE CATALOG
MY ACCOUNT | ORDER TRACKING
CART

HOME | TRUCK SUV VAN | MOTORCYCLE | JEEP | CAR | CLASSIC VW | SPORT COMPACT | RV CAMPER | ATV UTV | PARTS COUNTER | OUTLET STORE | NEW PRODUCTS | TOOLS & GARAGE

SEARCH Keyword(s) or Item#    GO
FREE SHIPPING TODAY on orders of $75 or more! Use Promo Code SAVENOW

Catalog Quick Order                    Welcome back. (Click here to sign in.)

SAVE UP TO 50% EVERY DAY!


CarParts.com

Lowest Price Guarantee!
• Largest In-Stock Selection
• Next-Day Delivery Available

FREE CATALOGS!    click here

EMAIL OFFERS    enter email    submit
Sign Up Now!
And start receiving EXCLUSIVE
customer offers and additional savings!

New! JC Whitney Preferred Account
No Payments for up to 12 Months!    Subject to credit approval. Details

Loading personalized recommendations for you...

SHOP BY VEHICLE
select make
Model
Year
OR
My Saved Vehicles

SHOP BY CATEGORY

EXTERIOR
- Body Repair Parts
- Bumpers & Bumper Guards
- Gas Caps & Accessories
- Grilles & Grille Guards
- Running Boards
- Weatherstripping

INTERIOR
- Lift Supports
- Windows & Door, Locks & Accessories

UNDER CAR & HOOD
- Air Intake and Fuel Systems
- Brakes
- Engine Cooling Systems
- Engine Parts
- Exhaust & Emissions
- Filters
- Heating & Air Conditioning
- Horns

RECENTLY VIEWED PRODUCTS

4WD Leveling Kit
Info / Buy

PERFORMANCE MASS AIRFLOW SENSORS


For Truks
Info / Buy

BACK-UP SENSOR SYSTEMS

JC Whitney EXCLUSIVE
★★★★☆
All items will ship within 24 hours
Info / Buy

MY RECENT HISTORY
Recently Viewed Categories    Recent Searches






**CarParts.com** powered by *JCWhitney*

1-800-603-4383 | CUSTOMER SUPPORT | FREE CATALOG | FREE CATALOG | ORDER TRACKING

MY ACCOUNT
CART

HOME | TRUCK SUV VAN | MOTORCYCLE | JEEP | CAR | CLASSIC VW | SPORT COMPACT | RV CAMPER | ATV UTV | PARTS COUNTER | OUTLET STORE | NEW PRODUCTS | TOOLS & GARAGE

SEARCH  Keyword(s) or item#  GO

Catalog Quick Order

Welcome back. (Click here to sign in.)

**FREE SHIPPING** TODAY on orders of **$75** or more! Use Promo Code **SAVENOW**

**SAVE** UP TO **50%** EVERY DAY!

Lowest Price Guarantee!
Largest In-Stock Selection • Next-Day Delivery Available

1000's of NEW LOW PRICES! click here

**New!** JC Whitney Preferred Account
**No Payments for up to 12 Months!**

Subject to credit approval. Details

Loading personalized recommendations for you...

FREE CATALOGS! click here

**EMAIL OFFERS**
enter email   submit
**Sign Up Now!**
And start receiving EXCLUSIVE customer offers and additional savings!

**SHOP BY VEHICLE**

select make
Model
Year

OR

My Saved Vehicles

**SHOP BY CATEGORY**

**EXTERIOR**
- Body Repair Parts
- Bumpers & Bumper Guards
- Gas Caps & Accessories
- Grilles & Grille Guards
- Running Boards
- Weatherstripping

**INTERIOR**
- Lift Supports
- Windows & Door, Locks & Accessories

**UNDER CAR & HOOD**
- Air Intake and Fuel Systems
- Brakes
- Engine Cooling Systems
- Engine Parts
- Exhaust & Emissions
- Filters

**RECENTLY VIEWED PRODUCTS**

4WD Leveling Kit
Info / Buy

PERFORMANCE MASS AIRFLOW SENSORS
For Truks
Info / Buy

BACK-UP SENSOR SYSTEMS
*JCWhitney*
★★★★☆
All items will ship within 24 hours
Info / Buy

**MY RECENT HISTORY**

```
08 CV 3565
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE NOLAN

JH
```

**EXHIBIT B**

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,499,880

Registered Oct. 23, 2001

## SERVICE MARK
### PRINCIPAL REGISTER



CARPARTS.COM, INC. (DELAWARE CORPORA-
TION)
3000 OCEAN PARK BLVD., SUITE 3010
SANTA MONICA, CA 90405

FOR: ONLINE STORE SERVICES PROVIDED VIA
A GLOBAL COMPUTER NETWORK FEATURING
AUTOMOTIVE PARTS AND ACCESSORIES, IN
CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-1-1999; IN COMMERCE 4-1-1999.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "CARPARTS.COM", APART FROM
THE MARK AS SHOWN.

THE MARK CONSISTS OF THE TERM "CAR-
PARTS.COM" SURROUNDED BY A DISTINCTIVE
BUBBLE OUTLINE.

SER. NO. 76-015,160, FILED 3-28-2000.

LEIGH CAROLINE CASE, EXAMINING ATTOR-
NEY

```
                              FILED: JUNE 20, 2008
                              08 CV 3565
                              JUDGE DER-YEGHIAYAN
                              MAGISTRATE JUDGE NOLAN

                              JH
```

**EXHIBIT C**



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web** > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 2**

| | | | |
|---|---|---|---|
| **Serial #:** 76015160 | **Filing Dt:** 03/28/2000 | **Reg #:** 2499880 | **Reg. Dt:** 10/23/2001 |

**Registrant:** CarParts.com, Inc.

**Mark:** *** CLEARPATH SYSTEM IS NOT AVAILABLE ***

**Assignment: 1**

| | | | |
|---|---|---|---|
| **Reel/Frame:** 2293/0825 | **Received:** 05/14/2001 | **Recorded:** 05/08/2001 | **Pages:** 4 |

**Conveyance:** CHANGE OF NAME

**Assignor:** CARPARTS.COM,INC.

    **Exec Dt:** 02/07/2001
    **Entity Type:** CORPORATION
    **Citizenship:** DELAWARE

**Assignee:** CARPARTS TECHNOLOGIES,INC.
SUITE 1100
222 N. SEPULVEDA BLVD.
EL SEGUNDO, CALIFORNIA 90245

    **Entity Type:** CORPORATION
    **Citizenship:** DELAWARE

**Correspondent:** ROBINSON SILVERMAN PEARCE ARONSOHN ETAL
TODD BRAVERMAN
1290 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10104

**Assignment: 2**

| | | | |
|---|---|---|---|
| **Reel/Frame:** 2676/0808 | **Received:** 02/25/2003 | **Recorded:** 02/19/2003 | **Pages:** 2 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** CARPARTS TECHNOLOGIES, INC.

    **Exec Dt:** 11/25/2002
    **Entity Type:** CORPORATION
    **Citizenship:** DELAWARE

**Assignee:** JC WHITNEY & CO.
225 N. MICHIGAN AVE.
CHICAGO, ILLINOIS 60601

    **Entity Type:** CORPORATION
    **Citizenship:** DELAWARE

**Correspondent:** MARK E. WIEMELT, ESQ.
10 S. LASALLE ST., STE. 3500
CHICAGO, IL 60603

Search Results as of: 01/28/2008 10:29 AM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX | SEARCH | *e*BUSINESS | CONTACT US | PRIVACY STATEMENT |

```
08 CV 3565
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE NOLAN

JH
```

**EXHIBIT D**







```
08 CV 3565
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE NOLAN

JH
```

**EXHIBIT E**



WHOLESALE

Find more items from the same seller. Bid or Buy Now!

TAIL LIGHT audi A6 02-04 taillight lamp sedan car 03 RH
☞Buy It Now    US $90.17

TURN SIGNAL LIGHT ford BRONCO 80-86 lamp 81 82 83 84 85
☞Buy It Now    US $6.42

CORNER LIGHT mitsubishi ECLIPSE 95-99 signal turn 96 97
☞Buy It Now    US $8.47

TURN SIGNAL LIGHT ford RANGER 89-92 truck lamp side LH
☞Buy It Now    US $10.97



Welcome! **Sign in** or **register.**

Buy | Sell | My eBay | Community | Help

Site Map

Home > eBay Stores > Car Parts Wholesale > All Categories

Add to My Favorite Stores | Sign up for Store newsletter

 **(866)828-4322**
For Product Questions Call Toll Free





For Easy Searching Go to our Vehicle Selector Page

Vehicle Make ▼    Vehicle Year ▼    Vehicle Model ▼

AC CONDENSERS | ALTERNATORS | BUMPERS | DOORS | DOOR HANDLES | EXHAUST | FENDERS | FUEL TANKS | GRILLES | HOODS
LIGHTING | MIRRORS | RADIATORS | RADIATOR SUPPORTS | SEAT BELTS | SPOILERS | STARTERS | SUSPENSION | TAILGATES
TAILGATE HANDLES | TRUNK LIDS | WEATHERSHIP | WHEELS | WINDOW MOTORS | WINDOW REGULATORS | WINDSHIELD WIPER

**Store Search**

☐ in titles & descriptions

▮▮▮▮▮

**Store Categories**

Store home
**Lighting** (54630)
**Exhaust** (28942)
**Bumpers** (21881)
**Mirrors** (18882)
**Fenders** (15543)
**Seat Belts** (13483)
**Suspension** (13006)
**Radiators** (12629)
**Engine & Transmission** (12526)
**Grilles** (11801)
**Air Intake** (6525)
**Pickup Bed & Tailgate** (5791)
**Door Handles** (5711)
**Hoods** (4953)
**Weatherstrips & Seals** (4136)
**Window Regulators** (3940)
**A/C Condensers** (3788)
**Doors** (3180)
**Alternators** (2975)
**Wheels** (2476)
**Fuel Delivery System** (2429)
**Doors & Door Handles** (2423)
**Starters** (2417)
**Radiator Supports** (2376)
**Windshield & Wipers** (1407)
**Spoilers** (961)
**Window Motors** (756)
**Trunk Lid & Lift Gate** (700)
**Brakes** (412)
**Others** (83)
**Interior** (77)
**Carpets & Floor Mats** (23)
**Car Covers** (4)
**Other Items** (80445)

**Display**
▪ Gallery view
▪ View ending times
(Ends PDT)

**Store Pages**
▪ Search By Vehicle
▪ Company Policy
▪ Professional Grade Packaging
▪ 24 Hour Toll Free

**341311** items found in All Categories

View: **All Items** | Auction only | Buy It Now only | On Sale only

**List View** | Picture Gallery

Sort by:  Time: ending soonest ▾

| Picture hide | Item Title | Price | Bids | Time Left ▲ |
|---|---|---|---|---|
| | GRILLE toyota AVALON 98-99 grill part car auto new | US $129.42 Buy It Now | | <1m |
| | Energy Susp BUMP STOP chevrolet S10 82-03 02 01 00 99 | US $8.95 Buy It Now | | <1m |
| | DOOR SILL PLATE chevrolet FULL SIZE PICKUP 67-72 truck | US $10.92 Buy It Now | | 1m |
| | FENDER bmw 3 SERIES 02-05 primed 04 03 2002 2005 RH NEW | US $48.95 Buy It Now | | 1m |
| | HEADLIGHT infiniti G35 03-04 head light lamp 2003 LH | US $113.95 Buy It Now | | 1m |
| | TAIL LIGHT chevrolet TRAILBLAZER EXT 02-04 lamp suv 03 | US $44.95 Buy It Now | | 1m |
| | Silla A/C CONDENSER dodge CARAVAN GRAND 01-04 ac 03 02 | US $104.37 Buy It Now | | 2m |
| | TAIL LIGHT ford F-250 97-04 taillight lamp truck RH | US $13.95 Buy It Now | | 2m |
| | TAILGATE ROD chevy TRUCK 78-91 tail gate 90 89 88 87 86 | US $9.95 Buy It Now | | |
| | MIRROR mazda 626 98-99 side view power part car new LH | US $29.48 Buy It Now | | 2m |
| | TAILGATE ROD chevy BLAZER 76-81 tail gate 80 79 78 77 | US $9.95 Buy It Now | | |

Customer Support
▪ About the Seller

| | | | |
|---|---|---|---|
| | HEADER PANEL ford WINDSTAR 98 part auto new | US $28.95 | Buy It Now |
| | MIRROR GLASS audi 4000 80-87 side door 86 85 84 83 RH | US $6.18 | Buy It Now |
| | MIRROR jeep GRAND CHEROKEE 99-04 side view 00 01 02 03 | US $31.95 | Buy It Now 2m |
| | 98 CHEVY S10 BLAZER POWER MIRROR DRIVER SIDE | US $20.95 | Buy It Now 2m |
| | SHOCK ABSORBER nissan QUEST 93-02 rear 01 00 99 98 97 | US $29.14 | Buy It Now |
| | BUMPER COVER chevy LUMINA 95-01 rear 00 99 98 97 96 NEW | US $113.32 | Buy It Now |
| | NOSE PANEL bmw 525-l 95 auto car part NEW | US $11.96 | Buy It Now |
| | HEADLIGHT lincoln LS 00-02 head light lamp auto 01 LH | US $139.83 | Buy It Now |
| | ALTEZZA TAIL LIGHT gmc FULLSIZE PICKUP 73-87 76 77 78 | US $42.62 | Buy It Now |
| | LOWER VALANCE ford RANGER 01-02 front truck fog lamps | US $19.95 | Buy It Now 3m |
| | HOOD MOLDING honda CIVIC HYBRID 03 moulding auto car | US $12.88 | Buy It Now |
| | TAIL LIGHT honda ELEMENT 03-05 taillight lamp 04 suv RH | US $75.95 | Buy It Now 3m |
| | FENDER nissan PATHFINDER 96-99 primed suv flare 97 LH | US $93.15 | Buy It Now |
| | HEADLIGHT chevrolet CAVALIER 00-02 lamp assembly RH | US $52.95 | Buy It Now |
| | MIRROR chevrolet ASTRO 88-05 manual 04 03 02 01 00 99 | US $19.95 | Buy It Now 3m |
| | SPLASH SHIELD mitsubishi MIRAGE 97-02 fender liner 99 | US $5.95 | Buy It Now 3m |
| | BUMPER BRACKET dodge VAN FULLSIZE 94-97 mounting auto | US $15.80 | Buy It Now |

 [SEAT BELT honda 600 70-72 71 1970 1972 1971 part auto](#)          US $16.99 

 [SEAT BELT saab 99 69-80 79 78 77 76 75 74 73 72 71 70](#)          US $79.12 

**Page 1** of 11,378

◁ Previous   **1** | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |   Next ➡

**Go to page**

---

**An eBay Store maintained by:**     carpartswholesale ( 344441 ) ⭐ 🏆 Power Seller m↗e 🔴          Seller, manage Store

**Tools:**  My eBay Favorites   |   Email this Store to a friend

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom |
Popular Searches
Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype | Tickets

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

.

eBay official time Page last updated: Jun-12 14:51:05 PDT





Buy | Sell | My eBay | Community | Help

Welcome! Sign in or register.

Site Map

**eBay**

**Car Parts** WHOLESALE

(866) 828-4322
For Product Questions Call Toll Free

For Easy Searching Go to our Vehicle Selector Page
Vehicle Make | Vehicle Year | Vehicle Model

Home > eBay Stores > Car Parts Wholesale > All Categories

227700 items found in All Categories

View: All Items | Auction only | Buy It Now only | On Sale only

List View | Picture Gallery

Sort by: Time: ending soonest

| Picture | Item Title | Price | Bids | Time Left |
|---|---|---|---|---|
| | WINDOW REGULATOR lincoln TOWN CAR 90-93 front motor RH | US $13.13 =Buy It Now | | <1m |
| | MIRROR ford ESCORT 97-02 side door manual 01 00 99 RH | US $16.31 =Buy It Now | | <1m |
| | WINDOW REGULATOR MOTOR gmc VAN 75 96 95 94 93 92 91 90 | US $17.15 =Buy It Now | | <1m |
| | 94-99 DODGE FULL SIZE PICKUP RADIATOR TRUCK 96 96 97 98 | US $135.36 =Buy It Now | | <1m |
| | MIRROR saturn L100 01-03 side door auto car part 02 LH | US $37.41 =Buy It Now | | <1m |
| | HEADLIGHT plymouth NEON 95-99 lamp gasket seal auto RH | US $3.59 =Buy It Now | | <1m |
| | FOG LIGHT toyota COROLLA 03-04 lamp driving auto RH | US $9.10 =Buy It Now | | 1m |
| | TAILGATE HANDLE chevy S10 PICKUP S-10 94-97 tail gate | US $15.67 =Buy It Now | | 1m |
| | FENDER chevy VAN 03-06 primed 01-04 2003 2006 2005 RH | US $32.28 =Buy It Now | | 1m |
| | CLEAR TURN SIGNAL gmc C/K FULL SIZE PICKUP 90-93 91 92 | US $29.38 =Buy It Now | | 1m |
| | DOOR HANDLE toyota PICKUP 89-95 truck front 94 93 92 RH | US $4.69 =Buy It Now | | 1m |
| | FOG LIGHT ford MUSTANG 94-98 lamp driving 96 96 97 RH | US $22.36 =Buy It Now | | 1m |
| | 96-01 FORD EXPLORER POWER MIRROR PASSENGER SIDE | US $19.26 =Buy It Now | | 2m |
| | HOOD subaru IMPREZA 97-01 primed outback 00 99 98 part | US $156.61 =Buy It Now | | 2m |
| | BUMPER FILLER cadillac ELDORADO 73-74 front auto car | US $195.70 =Buy It Now | | 2m |
| | WIPER ARM chevrolet S-10 92-03 front windshield truck | US $6.07 =Buy It Now | | 2m |
| | CLEAR CORNERS chevrolet S-10 83-94 euro suv truck set | US $12.19 =Buy It Now | | 3m |
| | MIRROR ford EXPEDITION 97-99 side view auto part NEW 98 | US $88.66 =Buy It Now | | 2m |
| | MIRROR ford EXPEDITION 97-99 side door power 98 part LH | US $85.78 =Buy It Now | | 3m |
| | TURN SIGNAL LIGHT mercury VILLAGER 96-98 lamp side RH | US $16.04 =Buy It Now | | 3m |
| | GRILLE chevrolet CAPRICE 91-95 grill auto car 92 93 94 | US $21.79 =Buy It Now | | 3m |
| | RADIATOR FAN BLADE dodge DAKOTA 97-99 truck cooling 98 | US $26.31 =Buy It Now | | 3m |
| | HEADLIGHT DOOR jeep CHEROKEE 84-90 lamp our chrome LH | US $6.15 =Buy It Now | | 4m |
| | OXYGEN SENSOR subaru FORESTER 98-06 05 04 03 02 01 00 | US $15.67 =Buy It Now | | 4m |
| | HOOD LATCH cadillac ELDORADO 79-02 01 00 99 98 97 96 95 | US $6.48 =Buy It Now | | 4m |
| | SEAT BELT ford MAVERICK 70-77 76 75 74 73 72 71 1970 | US $79.12 =Buy It Now | | 4m |
| | FENDER bmw 325-i5 97-99 primed auto car part NEW 00 LH | US $31.42 =Buy It Now | | 4m |
| | GRILLE lincoln TOWN CAR 03-05 grill auto part NEW 04 | US $82.59 =Buy It Now | | 4m |
| | HEADLIGHT DOOR chevy FULLSIZE PICKUP 85-87 head light | US $4.63 =Buy It Now | | 5m |
| | MIRROR ford ECONOLINE VAN E150 E250 E350 E450 03-04 LH | US $50.86 =Buy It Now | | 5m |

Page 1 of 7,590
Previous | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Next

Go to page [ ] Go

An eBay Store maintained by: carpartswholesale | 251128

Seller: manage Store

Tools: My eBay Favorites | Email this Store to a friend

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Register Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype | Tickets

About eBay | Announcements | Security Center | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time Page last updated: Jan-28 07:05:42 PST



Buy | Sell | My eBay | Community | Help

Welcome! Sign in or register.

Site Map

Home > eBay Stores > Car Parts Wholesale > **All Categories**

Add to My Favorite Stores | Sign up for Store newsletter

Car Parts WHOLESALE

**(866)828-4322**
For Product Questions Call Toll Free

For Easy Searching Go to our Vehicle Selector Page
Vehicle Make | Vehicle Year | Vehicle Model

AC CONDENSERS | ALTERNATORS | BUMPERS | DOORS | DOOR HANDLES | EXHAUST | FENDERS | FUEL TANKS | GRILLES | HOODS
LIGHTING | MIRRORS | RADIATORS | RADIATOR SUPPORTS | SEAT BELTS | SPOILERS | STARTERS | SUSPENSION | TAILGATES
TAILGATE HANDLES | TRUNK LIDS | WEATHERSHIP | WHEELS | WINDOW MOTORS | WINDOW REGULATORS | WINDSHIELD WIPER

**Store Search**

in titles & descriptions

Search

**Store Categories**

**Store home**
Lighting (46977)
Mirrors (20597)
A/C Condensers (4787)
Alternators (2853)
Bumpers (25289)
Doors (3300)
Door Handles (6107)
Doors & Door Handles (748)
Engine & Transmission (6028)
Exhaust (19325)
Fenders (16232)
Fuel Delivery System (1303)
Grilles (13085)
Hoods (5823)
Interior (81)
Radiators (11051)
Radiator Supports (2883)
Seat Belts (6477)
Spoilers (818)
Starters (2330)
Suspension (5445)
Trunk Lid & Lift Gate (142)
Weatherstrips & Seals (4222)
Wheels (2838)
Window Regulators (3485)
Window Motors (318)
Windshield & Wipers (1016)
Others (102)
Brakes (476)
Air Intake (5982)
Car Covers (13)
Carpets & Floor Mats (27)
Pickup Bed & Tailgate (4002)
Other Items (3528)

**Display**

- Gallery view
- View ending times (Ends PST)

**Store Pages**

- Search By Vehicle
- Company Policy
- Professional Grade Packaging
- 24 Hour Toll Free Customer Support
- About the Seller

227690 items found in **All Categories**

View: **All Items** | Auction only | Buy It Now only | On Sale only

**List View** | Picture Gallery

**Sort by:** Time: ending soonest

| Picture hide | Item Title | Price | Bids | Time Left |
|---|---|---|---|---|
|  | HEADLIGHT toyota TERCEL 91-94 head light lamp 93 92 RH | US $26.33 | Buy It Now | <1m |
|  | DOOR HANDLE suzuki SIDEKICK 89-98 front suv inside LH | US $2.77 | Buy It Now | <1m |
|  | CORNER LIGHT ford F150 pickup 92-96 truck lamp LH | US $8.32 | Buy It Now | <1m |
|  | HONDA CIVIC 92 93 94 95 INSIDE DOOR HANDLE GREY LEFT | US $2.98 | Buy It Now | <1m |
|  | CORNER LIGHT subaru FORESTER 98-00 signal turn marker | US $33.44 | Buy It Now | 1m |
|  | DOOR SHELL chevy SILVERADO PICKUP 99-05 front truck RH | US $99.67 | Buy It Now | 1m |
|  | HOOD LATCH honda ACCORD 90-93 auto car part NEW 91 92 | US $10.60 | Buy It Now | 1m |
|  | RADIATOR FAN SHROUD ford F150 85-91 cooling truck v8 89 | US $7.20 | Buy It Now | 1m |
|  | CLEAR CORNERS gmc JIMMY S15 S-15 83-91 corner lamp set | US $12.19 | Buy It Now | 1m |
|  | SIDE MARKER LIGHT chevy SILVERADO PICKUP 88-02 front RH | US $2.81 | Buy It Now | 1m |
|  | HEADLIGHT lincoln TOWN CAR 98-02 lamp assembly auto LH | US $145.44 | Buy It Now | 2m |
|  | RADIATOR chevy chevrolet CAMARO 82-92 91 90 89 88 87 86 | US $86.87 | Buy It Now | 2m |
|  | FOG LIGHT bmw 740IL 95-01 lamp driving 96 97 98 99 RH | US $100.49 | Buy It Now | 2m |
|  | 00-01 NEW NISSAN XTERRA TAIL LIGHT LAMP TAILLIGHT LEFT | US $27.29 | Buy It Now | 2m |

| | | | | |
|---|---|---|---|---|
| BUMPER MOLDING vw volkswagen BEETLE 98-00 front auto | US $14.66 | Buy It Now | 2m |
| 99-04 OLDSMOBILE ALERO WINDOW REGULATOR MOTOR COUPE 00 | US $40.50 | Buy It Now | 3m |
| CORNER LIGHT infiniti G20 G-20 99-02 lamp side park LH | US $22.34 | Buy It Now | 3m |
| OXYGEN SENSOR saab 900 79-98 97 96 95 94 93 92 91 90 89 | US $25.58 | Buy It Now | 3m |
| LOWER VALANCE chevy BLAZER S10 98-04 front 4x4 03 02 01 | US $7.14 | Buy It Now | 3m |
| SEAT BELT geo PRIZM 89-97 96 95 94 93 92 91 90 1989 CAR | US $79.12 | Buy It Now | 3m |
| CORNER LIGHT isuzu RODEO 00-04 turn marker suv 01 02 03 | US $19.56 | Buy It Now | 3m |
| FENDER buick LE SABRE LESABRE 92-96 primed 95 94 93 RH | US $35.88 | Buy It Now | 4m |
| DOOR HANDLE bmw 328I 96-98 front inside gasket trim RH | US $3.08 | Buy It Now | 4m |
| SEAT BELT toyota TACOMA 95-06 truck 05 04 03 02 01 00 | US $79.12 | Buy It Now | 4m |
| HEADLIGHT DOOR ford F350 F-350 92-96 truck lamp RH | US $6.87 | Buy It Now | 4m |
| WIPER PULSE MODULE gmc SUBURBAN 92-99 98 97 96 95 94 93 | US $10.60 | Buy It Now | 4m |
| RADIATOR SUPPORT dodge STRATUS 95-00 upper 96 97 98 99 | US $16.72 | Buy It Now | 4m |
| 98-02 Toyota Corolla WINDOW REGULATOR corolla motor -LH | US $39.57 | Buy It Now | 5m |
| BUMPER END toyota 4RUNNER 4 RUNNER 96-02 rear 01 00 LH | US $43.19 | Buy It Now | 5m |
| BUMPER END chevrolet BLAZER S10 95-97 front suv 96 RH | US $4.16 | Buy It Now | 5m |

**Page 1** of 7,590

◀ Previous   **1** | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9   Next ▶

Go to page [ Go ]

**An eBay Store maintained by:**    carpartswholesale ( 251134 ⭐ )    🏆 Power Seller 📎 📇    Seller, manage Store

**Tools:**   My eBay Favorites   |   Email this Store to a friend

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype | Tickets

About eBay | Announcements | Security Center | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time Page last updated: Jan-28 07:33:36 PST