## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08CV3565                    Assigned/Issued By: DAJ

Judge Name: DER-YEGHIAYAN         Designated Magistrate Judge: NOLAN

---

### FEE INFORMATION

*Amount Due:*  ☑ $350.00     ☐ $39.00     ☐ $5.00

☐ IFP     ☐ No Fee     ☐ Other _____

☐ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350.00                    Receipt #: 2877017

Date Payment Rec'd: 06/20/08           Fiscal Clerk: DAJ

---

### ISSUANCES

☑ Summons                                    ☐ Alias Summons

☐ Third Party Summons                        ☐ Lis Pendens

☐ Non Wage Garnishment Summons               ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons         _____

                                             *(Victim, Against and $ Amount)*

☐ Citation to Discover Assets                ☐ Other

☐ Writ _____                _____
    *(Type of Writ)*                         *(Type of issuance)*

1 Original and 0 copies on 06/20/08 as to DEF. _____
                        *(Date)*