AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

J.C. WHITNEY & CO., a Delaware
corporation, d/b/a CarParts.com,

CASE NUMBER: 08 CV 3565

V.

ASSIGNED JUDGE: JUDGE DER-YEGHIAYAN

U.S. AUTO PARTS NETWORK, INC., a
Delaware corporation

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE NOLAN

TO: (Name and address of Defendant)

U.S. AUTO PARTS NETWORK, INC.
% Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark E. Wiemelt
Law Offices of Mark E. Wiemelt, P.C.
10 S. LaSalle St., Ste. 3300
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

_Jacqueline Halliman_                                    June 23, 2008
(By) DEPUTY CLERK                                        Date

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the summons & complaint was made by me[1] | DATE 6/26/2008 @ 8:25 a.m. |
| NAME OF SERVER (PRINT) Carmen J. Verderamo | TITLE Special Process Server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant by serving **Mary Drummond, registered agent, c/o Corporation Service Co., 2711 Centerville Road, Suite 400, Wilmington, DE 19808**

29, F, W, 5'6", 110 pounds, black hair, no glasses

[ ] Left copies thereof at the defendant's house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

[ ] Returned unexecuted:

[ ] Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __6/27/2008__
           Date

Carmen J. Verderamo

O'ROURKE INVESTIGATIVE ASSOCIATES, INC.
1225 King Street, Suite 400
P. O. Box 368
Wilmington, DE 19899-0368

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure