UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| J.C. WHITNEY & CO., a Delaware corporation, d/b/a CarParts.com, | ) ) ) |
| *Plaintiff,* | ) ) ) |
| v. | ) ) |
| U.S. AUTO PARTS NETWORK, INC., a Delaware corporation, | ) ) ) |
| *Defendant.* | ) ) |

Case No. 08-cv-03565

Judge Samuel Der-Yeghiayan

Magistrate Judge Nolan

**JURY TRIAL DEMANDED**

## AGREED MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSIVE PLEADING

NOW COME the parties, by and through their attorneys, and under Fed. R. Civ. P. 6(b) move this Court for an extension of time for Defendant to file a response to Plaintiff's Complaint until August 6, 2008, and in support thereof, state as follows:

1. Defendant's counsel has not had sufficient time to investigate this matter and prepare a response to the Complaint.

2. The parties are conducting settlement discussions.

3. This Motion is not being made for the purpose of inconvenience, delay or harassment.

WHEREFORE, the parties pray that this Court grant this Motion for Extension of Time to File Responsive Pleading until August 6, 2008, and for such further relief as this Court deems just and appropriate.

Dated: July 18, 2008

J.C. WHITNEY & CO.

By:s/Mark E. Wiemelt
One of its attorneys

Mark E. Wiemelt – IL. Atty.#: 06208213
Law Offices of Mark E. Wiemelt, P.C.
10 South LaSalle Street
Suite 3300
Chicago, IL 60603
Ph:     312-372-7664
Fax:    312-372-6568
Email:  mark@wiemeltlaw.com

U.S. AUTO PARTS NETWORK, INC.

By: /s/ Martin B. Carroll
One of its attorneys

Martin B. Carroll
Kelly Smith-Haley
Fox, Hefter, Swibel, Levin & Carroll, LLP
200 West Madison, Suite 3000
Chicago, Illinois 60606
Ph:     312-224-1200
Fax:    312-224-1201
Email: mcarroll@fhslc.com

Gregory S. Tamkin
Dorsey & Whitney LLP
370 Seventeenth Street, Suite 4700
Denver, CO 80202-5647
Ph.     303-629-3438
Fax     303-629-3450
Email:  Tamkin.Greg@dorsey.com