IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| J.C. WHITNEY & CO., a Delaware corporation, d/b/a CarParts.com, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 08-cv-03565 |
| U.S. AUTO PARTS NETWORK, INC., a Delaware corporation, | ) ) ) | Judge Samuel Der-Yeghiayan |
| Defendant. | ) ) ) | Magistrate Judge Nolan |

## NOTICE OF MOTION

To:   Mark E. Wiemelt
10 South LaSalle Street
Suite 3500
Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on **July 23, 2008 at 9:00 a.m.,** I shall appear before the Honorable Samuel Der-Yeghiayan in Room 1903 of the United States District Court, Northern District of Illinois, Eastern Division, and shall there and then present **Defendant's Agreed Motion for Extension of Time to File Responsive Pleading,** a copy of which has been filed with the Court's ECF System, and will be delivered to chambers in accordance with the Local Rule 5.2.

Respectfully submitted,

/s/Kelly Smith-Haley

Martin B. Carroll
Kelly Smith-Haley
**FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, Illinois 60606
(312) 224-1200

Gregory S. Tamkin
**DORSEY & WHITNEY LLP**
370 Seventeenth Street, Suite 4700
Denver, CO 80202-5647
(303) 629-3438

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2008, I caused a true and correct copy of the foregoing to be served upon the individuals listed above via ECF electronic delivery.

/s/Kelly Smith-Haley