UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

J.C. Whitney & Co.
                    Plaintiff,

v.                           Case No.: 1:08−cv−03565
                               Honorable Samuel Der−Yeghiayan

U.S. Auto Parts Network, Inc.
                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, July 22, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Defendant U.S. Auto Parts Network, Inc's motion for extension of time to file responsive pleading [11] is granted to and including 08/06/08. Initial status hearing reset to 08/12/08 at 9:00 a.m. Status hearing set for 08/23/08 is stricken. Mailed notice (mw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.