UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| J.C. WHITNEY & CO., a Delaware corporation, d/b/a CarParts.com,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>U.S. AUTO PARTS NETWORK, INC., a Delaware corporation,  )<br><br>Defendant.  ) | Case No. 08-cv-03565<br><br>Judge Samuel Der-Yeghiayan<br><br>Magistrate Judge Nolan<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF FILING

To:   Mark E. Wiemelt
Law Offices of Mark E. Wiiemelt
10 South LaSalle Street, Suite 3300
Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on **August 6, 2008,** I caused to be filed *electronically,* **Answer to Complaint, Affirmative Defenses, and Counterclaim of U.S. Auto Parts Network, Inc.**

Respectfully submitted,

/s/ Kelly Smith-Haley

Martin B. Carroll
Kelly Smith-Haley
**FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP**
321 North Clark Street, Suite 3300
Chicago, Illinois 60610
(312) 224-1200

Gregory S. Tamkin
**DORSEY & WHITNEY LLP**
370 Seventeenth Street, Suite 4700
Denver, CO 80202-5647
(303) 629-3438

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2008 I caused a true and correct copy of the **Notice of Filing and the Answer to Complaint, Affirmative Defenses, and Counterclaim of U.S. Auto Parts Network, Inc.** to be served upon the attorney listed above via ECF electronic delivery

/s/ Kelly Smith-Haley

Martin B. Carroll
Kelly Smith-Haley
**FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP**
321 North Clark Street, Suite 3300
Chicago, IL 60610
(312) 224-1200

Gregory S. Tamkin
**DORSEY & WHITNEY LLP**
370 Seventeenth Street, Suite 4700
Denver, CO 80202-5647
(303) 629-3438