**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

J.C. Whitney & Co.
             Plaintiff,

v.                 Case No.: 1:08−cv−03565
                 Honorable Samuel Der−Yeghiayan

U.S. Auto Parts Network, Inc.
             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 12, 2008:

  MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 04/21/09 at 9:00 a.m. All fact discovery shall be completed by 12/31/08. All expert discovery shall be noticed in time to be completed by 04/15/09. Dispositive motions are to be filed by 05/15/09. Responses to the dispositive motions, if any, are to be filed by 05/29/09 and replies, if any, are to be filed by 06/05/09. As stated on the record, Plaintiff/Counter−Defendant to file its response to the counterclaim within 30 days. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.